# Sam Morris *v.* The State.

### *Indictment for Larceny of Outstanding Crop.*

1. *Possession of personal property evidence of ownership.*—The possession of personal property is primary evidence of ownership, notwithstanding the fact that title to it was acquired by a written instrument. (Affirming *Patterson v. Kicker*, 72 Ala. 406, on this point.)

APPEAL from Hale Circuit Court.
Tried before Hon. JOHN MOORE.

THOS. R. ROULHAC, for appellant.

THOS. N. McCLELLAN, Attorney-General, *contra*.

SOMERVILLE, J.—Affirmed on authority of *Patterson v. Kicker*, 72 Ala. 406.